934 A.2d 698

**Ronald WESLEY a/k/a James Hinton, Appellant,**

v.

**David DiGULIELMO (Supt. at the SCI at Graterford) and The Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, the order of the Commonwealth Court is AFFIRMED.